IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SOLOMON HARBOR, : | |
|     Plaintiff, : | Case No. 3:10cv144 |
| vs. : | JUDGE WALTER HERBERT RICE |
| TOYOTA MOTOR SALES, : | |
| U.S.A., INC., et al., : | |
|     Defendants. : | |

---

DECISION AND ENTRY OVERRULING, WITHOUT PREJUDICE,
PLAINTIFF'S MOTION TO REMAND (DOC. #9)

---

On April 13, 2010, Defendants filed a Notice of Removal, removing this litigation from the Montgomery County Common Pleas Court to this Court, on the basis of diversity of citizenship. See Doc. #1. On June 4, 2010, this litigation was transferred to the United States District Court for the Central District of California, in accordance with an order issued by the Judicial Panel on Multidistrict Litigation. See Doc. #7. Approximately one month later, the Plaintiff filed a motion, requesting that this Court remand this matter, because complete diversity does not exist herein. See Doc. #9. Given that this Court lost jurisdiction over this

matter when it was transferred to the Central District of California, this Court overrules, without prejudice to renewal, Plaintiff's Motion to Remand (Doc. #9).

March 1, 2011

*(signature)*

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.